AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
___EASTERN___ District of ___PENNSYLVANIA___

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-718-1 M |
| ) | |
| MALIK BYERS ) | Charging Districts Case No. 20MJ88 |
| ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Western District of Pennsylvania___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise C unless I am indicted C to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are

Date: ___May 5, 2020___

_____
*Defendant=s signature*

Ym REFUSES TO SIGN.
STATES HE WISHES TO BE
TURNED FEDS BACK TO THE WDPA.

C-Cole C 5-6-20

_____
*Signature of defendant=s attorney*

_____
*Printed name of defendant=s attorney*